MATHIEW FOX
2726 83RD ST.
KENOSHA, WI 53143

Retail

UNITED STATES POSTAL SERVICE®

53202

RDC 01 0 Lb 9.40 Oz

U.S. POSTAGE PAID
USPS Ground Advtg
PLEASANT PRAIRIE
WI 53158
SEP 21, 2026
$9.55
S2324N506201-04

SCANNED
SEP 22 2026

U.S. District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave. Room #362
Milwaukee, WI 53202

USPS TRACKING® #

9500 1123 6707 6264 7365 80